United States District Court
District of Connecticut
Case 3:15-CV-01043-CSH

**FILED**
2015 SEP 3 PM 2 05
U.S. DISTRICT COURT
NEW HAVEN, CT

STATE OF CONNECTICUT:
: SS. WEST HARTFORD   August 26, 2015
COUNTY OF HARTFORD :

THEN and by virtue hereof and by direction of the Plaintiff, I made due and legal service of the within original Writ, Summons in a Civil Case, Proof of Service, Complaint, Standing protective Order and Order on Pre Trial Deadlines, by leaving a verified true and attested copy with and in the hands of the within named Defendant:

**EDWARD ROSENTHAL**

At 18 North Main Street, 3rd Floor, West Hartford

THE WITHIN IS THE ORIGINAL SUMMONS IN A CIVIL CASE WITH MY DOINGS HEREON ENDORSED.

FEES:                                    ATTEST:

| | |
|---|---|
| SERVICE | 40.00 |
| TRAVEL | N/C |
| ENDORSEMENTS | 2.00 |
| PAGES | 18.00 |
| TOTAL | $60.00 |

ROBERT W. ARSENAULT
STATE MARSHAL
HARTFORD COUNTY

**ROBERT W. ARSENAULT**
CONNECTICUT STATE MARSHAL
P.O. Box 270479 • WEST HARTFORD, CONNECTICUT 06127-0479

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JAMES D. COHEN,

V.                                    **SUMMONS IN A CIVIL CASE**

EDWARD ROSENTHAL,

CASE NUMBER: 3:15–CV–01043–CSH

TO: **Edward Rosenthal**
Defendant's Address:

*18 NORTH MAIN STREET*
*WEST HARTFORD, CT 06107*

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**James D. Cohen**
**3111 Warrens Way**
**Wanaque, NJ, 07465**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ – F. Anastasio
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2015–08–21 14:32:14.0, Clerk
USDC CTD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Servers signature

SEE ATTACHED
Retun of Service

_____
Printed name and title

_____
Servers address

Additional information regarding attempted service, etc: