UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES D. COHEN | CIVIL ACTION # 3:15-cv-01043-CSH |
| V | |
| EDWARD ROSENTHAL<br>individually and as the sole member of<br>ROSENTHAL LAW FIRM, LLC | SEPTEMBER 17, 2015 |

## NOTICE OF DEFAULT

Case document # 10 states, "ELECTRONIC SUMMONS ISSUED in accordance with Fed.R.Civ.P.4 and LR4 as to *EDWARD ROSENTHAL* with answer to complaint due within*21* days…"  Case document # 11 states, "SUMMONS RETURNED EXECUTED …served 8/26/2015, answer due 9/16/2015."  Per the SUMMONS IN A CIVIL CASE form, if defendant "…fail(s) to respond, judgment by default *will* be entered…for the relief demanded in the complaint."

I hereby give notice that defendant has failed to respond to either, the **Notice of Lawsuit and Request to Waive Service of a Summons** mailed July 15, 2015, and the **SUMMONS IN A CIVIL CASE** served August 26, 2015.  According to Rule 55(a), the Court must enter the defendant's default, and I respectfully request the Court to do so.

/s/ James D. Cohen
James D. Cohen
Pro Se Plaintiff
3111 Warrens Way
Wanaque, NJ 07465
JamesDCohen@aol.com
(201) 403-4461

Notice of this document was served electronically to:  ed@erosenthal.org