UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES D. COHEN                                              CIVIL ACTION # 3:15-cv-01043-CSH

V

EDWARD ROSENTHAL
individually and as the sole member of
ROSENTHAL LAW FIRM, LLC                       OCTOBER 20, 2015

**SECOND NOTICE OF DEFAULT**

This is the SECOND NOTICE OF DEFAULT. Defendant, after failing to respond to the initial answer date of September 16, 2015, requested on September 18, 2015, an extension of 30 days to answer the complaint. Even after the Court extended the answer date to October 18, 2015 (October 19, 2015 as the 18th was a Sunday), the defendant still has not answered.

Additionally, defendant did not respond to my request for a conference per the Court's ORDER ON PRETRIAL DEADLINES, "In accordance with Local Civil Rule 26, within thirty days of the appearance of a defendant, the parties must confer for the purposes described in Fed. R.Civ. P. 26(f)." As defendant's appearance was filed on September 18, 2015, the conference was to have taken place no later than Monday, October 19, 2015. I initiated this conference by email on October 16, 2015 but defendant failed to answer.

The FIRST NOTICE OF DEFAULT was filed after the defendant ignored the "ELECTRONIC SUMMONS ISSUED in accordance with Fed.R.Civ.P.4 and LR4 as to *EDWARD ROSENTHAL* with answer to complaint due within*21* days…" (Doc # 10), and the SUMMONS RETURNED EXECUTED …served 8/26/2015, answer due 9/16/2015"

(Doc # 11).  This SECOND NOTICE OF DEFAULT is being filed as defendant failed to file his answer by October 18, 2015 (Doc # 12) as he promised to do so in his extension request.

      The defendant, a Connecticut attorney who certainly knows the law, must be bound by the Federal Rules of Civil Procedure, the Local Rules of Civil Procedure for the District of Connecticut, and all Standing Orders regarding scheduling, and must be held accountable for his disregard for these Rules and Orders.  Per the SUMMONS IN A CIVIL CASE "issued on 2015-08-21 14:32:14.0, Clerk USDC CTD," and served on defendant 8/26/2015,  if defendant "…fail(s) to respond, judgment by default *will* be entered…for the relief demanded in the complaint."

      I respectfully request the Court enter a judgment by default according to Rule 55(a).

*/s/ James D. Cohen*

James D. Cohen
Pro Se Plaintiff
3111 Warrens Way
Wanaque, NJ 07465
JamesDCohen@aol.com
(201) 403-4461

Defendant has been electronically served via CM/ECF