UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES D. COHEN                                              CIVIL ACTION # 3:15-cv-01043-CSH

V

EDWARD ROSENTHAL                                       OCTOBER 21, 2015

**OBJECTION TO MOTION FOR SECOND EXTENSION**

I object to defendant's motion for a second extension. Defendant ignored the initial electronic summons issued in accordance with Fed.R.Civ.P.4 and LR4 (Doc # 10), and ignored the follow up summons (Doc # 11). Defendant then failed to file his answer as he promised to do so in his first extension request (Doc # 12). Further, defendant did not respond to my request for a conference per Local Civil Rule 26.

The defendant, a Connecticut attorney, must be bound by the Federal Rules of Civil Procedure, the Local Rules of Civil Procedure for the District of Connecticut, and all Standing Orders regarding scheduling, and must be held accountable for his disregard for these Rules and Orders. Additionally, defendant's motions for his first and second extension were not timely filed as they were filed beyond the due dates the answer was to have been filed.

I respectfully request the Court proceed with a default judgment..

/s/ James D. Cohen
James D. Cohen
Pro Se Plaintiff
3111 Warrens Way
Wanaque, NJ 07465
JamesDCohen@aol.com
(201) 403-4461

Defendant has been electronically served via CM/ECF